

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00060-CV

**ROBERT BONNER,**

                                                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                                    **Appellee**


**From the 413th District Court
Johnson County, Texas
Trial Court No. C200700320**


## MEMORANDUM  OPINION


On February 21, 2012, this Court sent appellant, Robert Bonner, a letter informing him that his notice of appeal in this matter contained several deficiencies, including a failure to comply with Texas Rule of Appellate Procedure 25.1. *See* TEX. R. APP. P. 25.1. In response to our letter, on March 2, 2012, Bonner filed a five-page document addressing the deficiencies. However, in reviewing his March 2, 2012 filing, we notice that Bonner did not include proof that he served his filing on all parties to the trial court's final judgment, as required by Texas Rule of Appellate Procedure 25.1(e).

*See id.* at R. 25.1(e) ("The notice of appeal must be served on all parties to the trial court's final judgment or, in an interlocutory appeal, on all parties to the trial court proceeding."); *see also id.* at R. 9.5(a) ("At or before the time of a document's filing, the filing party must serve a copy on all parties to the proceeding."), (d) ("A document presented for filing must contain a proof of service in the form of either an acknowledgement of service by the person served or a certificate of service."). As we noted in our February 21, 2012 letter, Bonner's failure to file a compliant notice of appeal within 21 days of our letter "will result in the dismissal of his appeal without further notification for failure to comply with this order or notice from the Clerk." *See id.* at R. 42.3(c). Because Bonner's notice of appeal still is not compliant with Texas Rule of Appellate Procedure 25.1, we dismiss his appeal in this matter. *See id.*


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 21, 2012
[CV06]